**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

IN RE:

| | |
|---|---|
| RYAN AVERY STEPHENS<br>SIDNEY ZOE STEPHENS<br>　　　Debtors | Case No.  20-11219 BFK<br>(Chapter 7) |

PS FUNDING, INC.
2121 Park Place, Suite 250
El Segundo, CA 90245

　　　　Judge Brian F. Kenney

　　　Movant

v.

RYAN AVERY STEPHENS
6462 Gristmill Square Lane
Centreville, VA 20120

SIDNEY ZOE STEPHENS
6462 Gristmill Square Lane
Centreville, VA 20120

　　　Debtors

and

H. Jason Gold
101 Constitution Ave NW Ste.900
Washington, DC 20001
Chapter 7 Trustee

　　　Respondents

## ORDER TERMINATING AUTOMATIC STAY

　　　Upon consideration of the Motion Seeking Relief From Automatic Stay filed by,

PS Funding, Inc., with regard to the property commonly known as 519 Oakwood Blvd,

Chicago, IL 60653 ("the property") and upon consideration of any opposition filed to said Motion, it is, by the United States Bankruptcy Court for the Eastern District of Virginia,

ORDERED:

1. That the automatic stay be, and it hereby is, terminated to allow PS Funding, Inc. to foreclose upon the aforementioned property and obtain possession thereof; and

2. That PS Funding, Inc. shall pay any surplus proceeds arising from the sale of the property which would otherwise be paid to the Debtors to the Chapter 7 Trustee.

Alexandria, Virginia

Dated: Jun 25 2020

/s/ Brian F. Kenney
Judge United States Bankruptcy Court
Eastern District of Virginia

Entered on Docket: June 25, 2020

I ASK FOR THIS

/s/ Diana C. Theologou

Diana C. Theologou, Esq. #84536
11200 Rockville Pike, Ste. 520
N. Bethesda, Maryland 20852 Phone: (301) 468-4990
dtheologou@silvermanlegal.com
***Attorney for PS Funding, Inc.***

<u>Local Rule 9022-1(C) Certification</u>

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Diana C. Theologou., Esq..

cc:
RYAN AVERY STEPHENS
6462 Gristmill Square Lane
Centreville, VA 20120

SIDNEY ZOE STEPHENS
6462 Gristmill Square Lane
Centreville, VA 20120

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave Ste 200
McLean, VA 22101

H. Jason Gold
101 Constitution Ave NW Ste.900
Washington, DC 20001
Chapter 7 Trustee

Diana C. Theologou, Esq.
11200 Rockville Pike, Suite 520
N. Bethesda, MD 20852

**End of Order**